IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WEST TENNESSEE AIR SERVICE, LLC,**

    **Plaintiff/ Counter-Defendant,**

vs.                                                                          Civil Action No. 1:23-cv-1132-STA-jay

**WTAS LLC, KYLE E. RICH, and MELODY L. RICH,**

    **Defendants/Counter-Plaintiffs.**

---

**WTAS LLC, KYLE E. RICH, and MELODY L. RICH,**

    **Third-Party Plaintiffs,**

vs.

**MONTE WARNE, MARIANNA WILLIAMS, individually; THOMAS BAKER MILLER, as TRUSTEE of the MEREDITH Z. WARNE FAMILY TRUST; and ASHLEY & ARNOLD, a partnership,**

    **Third-Party Defendants.**

---

**ORDER DENYING EMERGENCY MOTION
FOR TELEPHONIC STATUS CONFERENCE WITHOUT PREJUDICE
AND REQUIRING SUBMISSION OF DOCUMENATION UNDER SEAL**

---

    Before the Court is the Emergency Motion of Third-Party Defendants Marianna Williams, individually, and Ashley & Arnold ("Defendants") to set a telephonic status conference. (ECF No. 278). As a basis for the motion, Defendants request an opportunity to discuss a recent medical development that may impact the trial. Defendants have requested a new trial date, which is not

opposed by the other parties. The Court **GRANTS** this portion of the motion. The Clerk of the Court is **DIRECTED** to remove the trial date of February 23, 2026, from the calendar. Until further notice, all other dates will remain in place. The portion of the motion seeking a telephonic status conference is **DENIED** without prejudice.

Defendants are **ORDERED** to file under seal within seven (7) days any relevant documentation concerning the medical condition mentioned in their motion. The Court will then determine whether a status conference is needed. The Court will also re-set the trial date after reviewing the documentation and will determine if any other dates should be reset.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
United States District Judge

Date: January 8, 2026